1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      No. 2:05-cr-00056-MCE
12          Plaintiff,
13      v.
                                   **RELATED CASE ORDER**
14  RAUL GONZALEZ-DEL TORO,
15          Defendant.
16  _____/
    UNITED STATES OF AMERICA,      No. 2:10-cr-00149-LKK
17
            Plaintiff,
18
        v.
19
    RAUL GONZALEZ-DEL TORO,
20
            Defendant.
21  _____/
22
23      The Court has received the Notice of Related Case filed on
24  May 10, 2010.
25      Examination of the above-entitled criminal actions reveals
26  that these actions are related within the meaning of Local
27  Rule 123(a) (E.D. Cal. 1997).
28  ///

1

The actions involve the same defendant and are based on the same or similar claims, the same event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:10-cv-00149-LKK, <u>United States of America v. Raul Gonzalez-Del Toro</u> is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:10-cv-00149-MCE.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE